**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LINDA L. MOONEY and LIESELOTTE W. THORPE, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,

                      Defendant.

Civil No. 06-545 ADM/FLN

**ORDER**

---

    This Court certified the following class on May 10, 2007:

> All individuals who from February 9, 2000 to the present purchased one of the following two-tiered annuities from Allianz Life Insurance Company of North America:  BonusMaxxx, BonusMaxxx Elite, BonusDex, BonusDex Elite, 10% Bonus PowerDex Elite, MasterDex 10, and the InfiniDex 10.  The Class excludes all persons who purchased the above-listed Annuities from Allianz while they were California residents and when they were 65 or older.

    It appears to the Court that the parties should engage in settlement discussions.

    NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

    1.    The Court hereby appoints attorney Lewis Remele as mediator and directs the parties to schedule one or more mediation sessions with Mr. Remele in an effort to reach an amicable resolution of the above-mentioned action.

    2.    Plaintiffs and Defendant shall bear the cost of Mr. Remele's mediation services on an equal basis.

3.      The mediator and/or the parties shall report to the Court on a periodic basis about the progress being made in the mediation.

SO ORDERED.

BY THE COURT:


_____s/Ann D. Montgomery_____
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  August 3, 2007.