UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda L. Mooney and Lieselotte
W. Thorpe, on behalf of
themselves and all others
similarly situated,

          Plaintiffs,

vs.

Allianz Life Insurance Company
of North America,

          Defendant.

**SPECIAL VERDICT**
Civil No. 06-545 ADM/FLN

SCANNED
OCT 14 2009
U.S. DISTRICT COURT MPLS

      We, the jury in the above-titled matter, find the following answers to the following questions submitted to us by the Court:

**QUESTION NO. 1:**

      Did Allianz use a misrepresentation or deceptive practice in the course of selling its two-tiered annuities?

          __X__ Yes           _____ No

*If your answer to Question No. 1 is "Yes," continue to Question No. 2. If your answer to Question No. 1 is "No," please sign and date the Special Verdict Form, your verdict is complete.*

**QUESTION NO. 2:**

      Did Allianz intend that others would rely on the misrepresentation or deceptive practice?

          __X__ Yes           _____ No

*If your answer to Question No. 2 is "Yes," continue to Question No. 3. If your answer to Question No. 2 is "No," please sign and date the Special Verdict Form, your verdict is complete.*

**QUESTION NO. 3**:

Were the following groups of Plaintiffs harmed as a direct result of the misrepresentation or deceptive practice?

**3A.** Plaintiffs who have annuitized? \_\_\_\_Yes   X  No

**3B.** Plaintiffs whose annuities are in deferral? \_\_\_\_Yes   X  No

**3C.** Plaintiffs who have surrendered their annuities? \_\_\_\_Yes   X  No

*If your answer to Question No. 3 is "Yes" as to any of the three groups of Plaintiffs, continue to Question No. 4. If your answer to Question No. 3 is "No" as to all three groups of Plaintiffs, please sign and date the Special Verdict Form, your verdict is complete.*

**QUESTION NO. 4**:

What degree of fault is associated with Allianz's misrepresentation or deceptive practice?

\_\_\_\_Intentional          \_\_\_\_Negligent

*If your answer to Question No. 4 is "Negligent," continue to Question No. 5. If you answer to Question No. 4 is "Intentional," skip Question Nos. 5, 6, and 7 and continue to Question No. 8.*

**QUESTION NO. 5**:

Were Plaintiffs negligent in relying on the misrepresentation or deceptive practice?

\_\_\_\_Yes          \_\_\_\_No

*If your answer to Question No. 5 is "Yes," continue to Question No. 6. If your answer to Question No. 5 is "No," skip Question Nos. 6 and 7 and continue to Question No. 8.*

**QUESTION NO. 6**:

Was Plaintiffs' negligence a direct cause of Plaintiffs' damages?

\_\_\_\_Yes          \_\_\_\_No

*If your answer to Question No. 6 is "Yes," continue to Question No. 7. If your answer to Question No. 6 is "No," skip Question No. 7 and proceed to Question No. 8.*

**QUESTION NO. 7**:

Taking all of the fault that contributed as a direct cause of Plaintiffs' damages to be 100%, what percentage do you attribute to:

| | |
|---|---|
| Allianz | _____% |
| Plaintiffs | _____% |

*Regardless of how you answered Question No. 7, you must answer Question No. 8.*

**QUESTION NO. 8**:

What amount of money will fairly and adequately compensate the following groups of Plaintiffs for the damages caused by the misrepresentation or deceptive practice:

*Answer Question No. 8A only if you answered "Yes" to Question No. 3A.*

**8A.**  Plaintiffs who have annuitized?     $ _____

*Answer Question No. 8B only if you answered "Yes" to Question No. 3B.*

**8B.**  Plaintiffs whose annuities are in deferral?     $ _____

*Answer Question No. 8C only if you answered "Yes" to Question No. 3C.*

**8C.**  Plaintiffs who have surrendered their annuities?     $ _____