✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Linda L. Mooney, Lieselotte W. Thorpe, on behalf of themselves and all others similarly situated

V.

Allianz Life Insurance Company of North America

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:  06-cv-545 ADM/FLN

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Plaintiffs recover nothing, the action be dismissed on the merits, and the Defendant recover costs from the Plaintiffs.

The class members are the following persons to whom Rule 23(c)(2) notice was directed and who have not requested exclusion:
> All individuals who from February 9, 2000, to May 10, 2007, purchased one of the following two-tiered annuities from Allianz Life Insurance Company of North America: BonusMaxxx, BonusMaxxx Elite, BonusDex, BonusDex Elite, 10% Bonus PowerDex Elite, MasterDex 10, and the InfiniDex 10. The class excludes all person who purchased the above-listed Annuities from Allianz while they were California residents and when they were 65 or older.

| January 29, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | Katie Thompson |
| | (By)     Katie Thompson,   Deputy Clerk |

_s/Ann D. Montgomery_
Judge Ann D. Montgomery